UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIAN G SASSEN VAN ELSLOO,<br><br>Plaintiff,<br><br>v.<br><br>WHATCOM COUNTY, et al.,<br><br>Defendants. | Case No. 2:24-cv-2049-RSM-TLF<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING PLAINTIFF'S COMPLAINT |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion to proceed in forma pauperis (Dkt. #1) is DENIED;

(3) Plaintiff's complaint fails to state a claim upon which relief may be granted under 42 U.S.C. § 1983; and

(4) plaintiff's complaint, therefore this action, hereby is DISMISSED WITHOUT PREJUDICE.

DATED this 31st day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE